Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

2021 OCT 28 PM 12: 32

for the
District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

__CIVIL_ Division

| | |
|---|---|
| DAVID A SILVIA PRO-SE | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ■ No |
| -v- | |
| OWNER QUAILITY INN, Seekonk, MA | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | DAVID A SILVIA |
   | Street Address | PO BOX 789 |
   | City and County | BRISTOL |
   | State and Zip Code | RHODE ISLAND 02809 |
   | Telephone Number | 4012269519 |
   | E-mail Address | davidsilvia60@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: QUILITY INNS
  Job or Title (if known): OWNER
  Street Address: 341 HIGHLAND AVE
  City and County: SEEKONK/
  State and Zip Code: MASSACHUSETTS 02771
  Telephone Number: 508-336-7900
  E-mail Address (if known): N/A

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
VIOLATIONS TO THE ADA LAW 1990
CIVIL RIGHTS DISCRIMINATION

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* DAVID A SILVIA, is a citizen of the State of *(name)* RHODE ISLAND.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* N/A, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* QUILITY INN , is incorporated under the laws of the State of *(name)* MASSACHUETTS , and has its principal place of business in the State of *(name)* MASSACHUETS .

Or is incorporated under the laws of *(foreign nation)* N/A ,

and has its principal place of business in *(name)* SEEKONK, MA .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$50,000.00

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

BEING A HOMELESS VETERAN, WAS RESIDING IN ROOM 112 FOR $600.00 WEEKLY FROM 6/2/21 THROUGH 10/8/21. WITH OUT CAUSE I WAS FORCEABLY REMOVED AND PUT INTO THE STREET. DUE TO HEALTH ISSUES AND MEDICAL CONDITIONS, NEEDED TRANSPORT TO THE VAMC. THIS FACILITY KEPT ADDING EXTRA CHARGES TO MY CREDIT CARD WITH NO AUTHORIZATION. THEY PROVIDED NO WARNING AS TO THERE REQUEST TO HAVE ME LEAVE, I LEFT WITH ALL MY BELONGINGS IN THE ROOM.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

BELIVE MY CIVIL RIGHTS WERE VIOLATED, AS I HAD DONE NOTHING WRONG, MY WEEKLY PAYMENTS WERE PAID. THE DEFENDANT NEVER ADDRESSED THEIR ISSUES OR DID THEY PROVIDE ANYTHING IN WRITING. THE FACT THAT THEY WOULD PUT OUT A DISABLED VETERAN WITH HEALTH ISSUES TO THE STREET WITH NO VALID REASON OTHER THEN "WE DONT WANT YOU HEAR" REEKS OF DISCRIMINATION BEING A HANDICAP PERSON/VETETAN

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/15/2021

Signature of Plaintiff: //S//  DAVID A SILVIA
Printed Name of Plaintiff: DAVID A SILVIA

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address